IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 08-648-1 |
| v. | : | |
| | : | CIVIL ACTION |
| KEVIN DARNELL WYCHE | : | NO. 16-2997 |

## **ORDER**

AND NOW, this 11th day of March, 2024, upon consideration of Defendant Kevin Darnell Wyche's Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document No. 100), and the Government's Response thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,       J.